IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:16mc3742-MHT |
| | ) | (WO) |
| INTERNATIONAL PAPER, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| GRAVEN TOWNSEND, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the government's motion to dismiss the garnishment (Doc. 12) is granted, and the writ of garnishment (Doc. 2) is dismissed.

DONE, this the 22nd day of February, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**